# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RONALD BURNS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO.:** |
| | ) | |
| | ) | |
| **MISA METAL PROCESSING, INC.** | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| **Defendant.** | ) | |

## COMPLAINT AND JURY DEMAND

### I.   INTRODUCTION

1.   This is an action for legal and equitable relief to redress violations the Family Medical Leave Act codified at 29 U.S.C. §2612 ("FMLA").   The Plaintiff requests a trial by jury of all issues triable to a jury.

### II.   JURISDICTION

2.   Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 2612.  The Family Medical Leave Act has no administrative prerequisites.

### III.   PARTIES

3.   Plaintiff, Ronald Burns, is a male citizen of the United States over the age of nineteen (19) years and has been at all times pertinent to the matters alleged herein a resident citizen of the State of Alabama.

4.       Defendant, MISA Metal Processing, Inc., employs more than fifteen (15) people and is an "employer" for FMLA purposes.

## V.   STATEMENT OF FACTS

5.       Plaintiff Ronald Burns (hereinafter "Burns") was a five year employee of MISA Metal Processing, Inc. (hereinafter "MISA") prior to his termination.

6.       On October 31, 2016, Burns expressed to the Defendant his need to use FMLA leave to take of his sick mother. Burns needed the time off because his mother required assistance with making her healthcare appointments and decisions.

7.       On November 1, 2016, Burns was terminated, which was in violation of the FMLA's policy against such actions.

8.       As a result of Burns seeking to use FMLA leave, he was terminated.

## VI.   COUNTS

### COUNT I - VIOLATION OF FMLA (INTERFERENCE )

9.       The plaintiff re-alleges and incorporates by reference paragraphs 1-8, with the same force and effect as if fully set out in specific detail hereinbelow.

10.     Burns is an eligible employee under the Family Medical Leave Act 29 U.S.C. § 2611(2)(A). He had been employed with Defendant for at least 12 months.

11.     MISA is an employer in accordance with 29 U.S.C. § 2611.

12. MISA's refusal to allow Burns to assist and/or care for his mother who had a serious health condition is interference with rights established under the Family Medical Leave Act.

13. The Family Medical Leave Act provides eligible employees with up to 12 work weeks of leave during any 12 month period for a serious health condition.

14. MISA sought to discourage, interfere and/or deny Burns' FMLA rights by terminating his employment for seeking leave to assist his mother.

15. MISA's refusal to approve the leave for Burns was an interference or restraint on his rights under the Family Medical Leave Act. The termination violates the Family Medical Leave Act regarding interference with rights, and Burns is not required to demonstrate intent regarding this claim.

## VIII.    PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiffs respectfully pray that this Court assume jurisdiction of this action and after trial:

1. Grant the Plaintiff a declaratory judgment holding that the actions of Defendant MISA described herein above violated and continue to violate the rights of the Plaintiff as secured by the Family Medical Leave Act.

2. Grant the Plaintiff an order requiring the Defendant to make the Plaintiff whole by awarding Plaintiff back pay (plus interest, including prejudgment),

reinstatement, front-pay in lieu of reinstatement, liquidated damages, and nominal damages.

3.  The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including, but not limited to, an award of costs, attorneys' fees and expenses.

**PLAINTIFF HEREBY DEMANDS A JURY FOR ALL ISSUES TRIABLE BY JURY**

Respectfully Submitted,

/s/Roderick T. Cooks
Lee Winston
Roderick T. Cooks
Charity Gilchrist-Davis
Attorneys for the Plaintiff

**OF COUNSEL:**
WINSTON COOKS, LLC
505 20th Street North
Suite#815
Birmingham, AL 35203
Tel:  (205) 502-0970
Fax: (205) 278-5876
E-mail: rcooks@winstoncooks.com
E-mail: lwinston@winstoncooks.com

The Law Offices of Gilchrist-Davis,LLC
505 20th Street North
Suite#815
Birmingham, AL 35203

Telephone: 205-581-8812
Facsimile: 205-581-8815
Email: charity@gilchristdavis.com

**PLAINTIFFS' ADDRESS:**
Ronald Burns
c/o  WINSTON COOKS, LLC
505 20th Street North
Suite#815
Birmingham, AL 35203
Tel:  (205) 502-0970
Fax: (205) 278-5876
E-mail: rcooks@winstoncooks.com
E-mail: lwinston@winstoncooks.com

**DEFENDANT'S ADDRESS:**
MISA Metal Processing, Inc.
1597 Sterilite Drive
Birmingham, AL 35215